Stephen B. Goldman
Arnold I. Rady
Gregory M. Reilly
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:    908.654.5000
Fax:   908.654.7866

*Attorneys for Plaintiff Kirker Enterprises, Inc.*

**Document Filed Electronically**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIRKER ENTERPRISES, INC., : | Civil Action No. 11-2541-FSH-PS |
| Plaintiff, : | |
| v. : | District Judge Faith S. Hochberg |
| : | Magistrate Judge Patty Shwartz |
| EXPRESSION BEAUTY WORKS, INC., : | |
| DE ROBLIN, INC. (d/b/a MIA SECRET), and : | |
| LAYLA COSMETICS S.R.L., : | |
| Defendants. : | |

### NOTICE OF DISMISSAL OF ACTION AGAINST
### DE ROBLIN (d/b/a MIA SECRET) WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), before the defendant De Roblin (d/b/a Mia Secret) has filed an answer or other pleading, the plaintiff Kirker Enterprises, Inc., through its undersigned attorney, hereby voluntarily dismisses without prejudice all claims in the Complaint against the defendant De Roblin (d/b/a Mia Secret).

Respectfully submitted,

LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
*Attorneys for Plaintiff Kirker Enterprises, Inc.*

Dated: June 22, 2011

By:   s/ Stephen B. Goldman
Stephen B. Goldman
Tel:    908.654.5000
E-mail: sgoldman@ldlkm.com
           litigation@ldlkm.com

1434313_1.doc

**SO ORDERED:**

Dated: 6/23/11
Newark, New Jersey

_____
Faith S. Hochberg
United States District Judge

1434313_1.doc